**United States Court of Appeals**
**FOR THE EIGHTH CIRCUIT**
No. 97-2803

United States of America,           *

                              *

       Appellee,         *

                              * Appeal from the United States

   v.                   * District Court for the Eastern

                              * District of Arkansas.

Frank Christian Nichols,      *

                              * [UNPUBLISHED]

       Appellant.       *

_____

Submitted:  December 26, 1997

Filed:   January 6, 1998

_____

Before McMILLIAN, BEAM, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

_____

PER CURIAM.

Frank Christian Nichols, a federal inmate, appeals from the district court's[1] denial of his 28 U.S.C. § 1651 motion to reduce his sentence. After reviewing the record and the parties' briefs, we conclude the district court properly denied relief because the motion is procedurally flawed and meritless.  Accordingly, we affirm.  See 8th Cir. R. 47B.

_____

[1]The Honorable Elsijane Trimble Roy, United States District Judge for the Eastern District of Arkansas.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.